UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:20-CR-00133(1)-ADA |
| | § | |
| (1) FABIAN TREMAYNE LEE | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

     Before the court is the above styled and numbered cause.  On  July 17, 2024 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) FABIAN TREMAYNE LEE, which alleged that Lee violated a condition of his supervised release and recommended that Lee 's supervised release be revoked (Clerk's  Document No. 71).  A warrant issued and Lee was arrested.  On July 24, 2024, Lee appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

     Lee appeared before the magistrate judge on August 6, 2024, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on August 7, 2024, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Lee, the magistrate judge recommends that this court revoke

Lee supervised release and that Lee be sentenced to imprisonment for Six (6) months, with no term supervised release to follow the term of imprisonment. The defendant should also receive credit for time served since his arrest. (Clerk's Document No. 82).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On August 6, 2024, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 81). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 82 ) is

hereby  ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant  (1) FABIAN TREMAYNE LEE's

term of supervised  release is hereby REVOKED.

**IT IS FURTHER  ORDERED** that Defendant (1) FABIAN TREMAYNE LEE be

imprisoned for  Six (6) months with no term of supervised release. The defendant shall receive

credit for time served since his arrest.


Signed this 20th day of August, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE